[No. 22674-3-III.  Division Three.  January 4, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. TRAVIS RYAN KEENE, *Appellant*.

Appeal from a judgment of the Superior Court for Whitman County, No. 03-1-00139-7, David Frazier, J., entered December 5, 2003. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kato, C.J., and Kurtz, J.

[No. 52467-4-I.  Division One.  January 10, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK ALAN BLESSUM, *Defendant*, KEVIN RAY MANNING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-06134-2, Ronald Kessler, J., entered May 30, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 52695-2-I.  Division One.  January 10, 2005.]

BELLEVUE TECHNOLOGY TOWER, L.L.C., *Appellant*, v. DPR CONSTRUCTION, INC., ET AL., *Defendants*, J.R. HAYES & SONS, INC., ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 01-2-17560-2, Linda Lau, J., entered January 2, May 28 and July 10, 2003. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Kennedy and Agid, JJ.

[No. 53204-9-I.  Division One.  January 10, 2005.]

*In the Matter of the Detention of* SEAN G. DUFFY.

THE STATE OF WASHINGTON, *Respondent*, v. SEAN G. DUFFY, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 00-2-19526-5, Robert H. Alsdorf, J., entered August 4, 2000 and December 19, 2001, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Kennedy, J., concurred in by Agid and Schindler, JJ.